IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| EDDIE LUNCEFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GKD MANAGEMENT, LP, ) <br> CHARLES SMITH, and PRIME ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO. |

## NOTICE OF REMOVAL

COME NOW defendants GKD Management, L.P. and Charles Smith (collectively, "these defendants") and, pursuant to 28 U.S.C. §§ 1441 and 1446, file this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On November 9, 2023, plaintiff filed a complaint in the State Court of Clarke County, Georgia, Civil Action No. 23A04834, which county is within the Athens Division of the Middle District of Georgia.

2.

This notice of removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

3.

None of the defendants have been served.

4.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A. These defendants have no knowledge of any other process, pleadings, or orders served in connection with this action, other than those attached hereto.

5.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

6.

There is complete diversity among the parties.

7.

Plaintiff is a resident of the State of Georgia. (*See* Georgia Motor Vehicle Crash Report, p. 4, copy attached as Exhibit B.)

8.

GKD is an Arizona limited partnership with its principal place of business in Missouri. (*See* Compl., ¶ 3; Arizona Secretary of State, *Business Search*, copy attached as Exhibit C.) GKD's general partner is A&G Commercial Trucking, Inc., which is incorporated and has its principal place of business in Missouri. (*See id.*; Missouri Secretary of State, *Business Search*, copy attached as Exhibit D.) GKD does not have any partners that are citizens of Georgia. Accordingly, GKD is a citizen of Arizona and Missouri.

9.

Prime Insurance Company ("Prime") is a Utah insurance company with its principal place of business in Utah. (*See* Compl., ¶ 7.). Accordingly, Prime is a citizen of Utah.

10.

Defendants make a plausible allegation that plaintiff is seeking recovery in an amount in excess of $75,000, exclusive of interest and costs. *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 135 S. Ct. 547, 554 (2014). Specifically, plaintiff seeks special damages in the amount of $40,735.60 for past medical expenses, as well as unspecified future medical expenses and past and future lost wages; and unspecified general damages for past, present, and future pain and suffering; and all

other relief allowed. (*See* Compl., ¶ 32 and prayer for relief.) Plaintiff made a pre-suit settlement demand of $459,000. (*See* October 19, 2022 letter, copy attached as Exhibit E.)

11.

The undersigned has read this notice of removal and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Middle District of Georgia, Athens Division, and no further proceedings shall be held in said case in the State Court of Clarke County.

STONE KALFUS LLP

*/s/ Matthew P. Stone*
Matthew P. Stone
Georgia Bar No. 684513
Shawn N. Kalfus
Georgia Bar No. 406227
Aleksandra Mitchell
Georgia Bar No. 136019
Attorneys for Defendants
GKD Management, LP and
Charles Smith

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)
matt.stone@stonekalfus.com
shawn.kalfus@stonekalfus.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing *Notice of Removal* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

>Richard P. Hamilton, Esq.
>Hamilton Firm, LLC
>City View Center
>3330 Cumberland Blvd., Suite 500
>Atlanta, GA 30339
>rich@hamilton-firm.com

This 8th day of December, 2023.

>*/s/ Matthew P. Stone*
>Matthew P. Stone
>Georgia Bar No. 684513

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)